

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Ex parte Fernando Rodriguez Morales

No. 06-23-00212-CR

Appeal from the County Court of Kinney County, Texas (Tr. Ct. No. 14527CR). Memorandum Opinion delivered by Chief Justice Stevens, Justice van Cleef and Justice Rambin participating.

As stated in the Court's opinion of this date, we find no error in the order of the court below. We affirm the trial court's order denying his application for a writ of habeas corpus.

We note that the appellant, Fernando Rodriguez Morales, has adequately indicated his inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED JANUARY 16, 2024
BY ORDER OF THE COURT
SCOTT E. STEVENS
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk